## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 26- |
| v. | : | DATE FILED: |
| MICHAEL CHARLES GORDON | : | VIOLATION: 18 U.S.C. § 1201(a) (kidnapping – |
| | : | 1 count) |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about June 5, 2026, in Springfield Township, in the Eastern District of Pennsylvania, defendant

## MICHAEL CHARLES GORDON

knowingly, willfully, and unlawfully seized, confined, kidnaped, abducted, carried away, and held, V.A., a person known to the grand jury, for ransom, reward, or otherwise, that is, for the purpose of robbing V.A., and, in committing or in furtherance of the commission of the offense, used a means, facility, and instrumentality of interstate commerce, that is, a cellular telephone and a 2011 Toyota Camry bearing VIN #4T1BF3EK9BU755321, license plate LJL5247, that had been transported, shipped, and received in interstate commerce.

1

In violation of Title 18, United States Code, Section 1201(a)(1).

A TRUE BILL:

ON

_____ /FOR

**DAVID METCALF**
**United States Attorney**

2

*No.* _ _ _ _ _ _ _ _ _ _

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

<u>Criminal Division</u>

## THE UNITED STATES OF AMERICA

vs.

MICHAEL CHARLES GORDON

INDICTMENT

18 U.S.C. § 1201(a) (kidnapping – 1 count)



day,